```
___ FILED              ___ RECEIVED
___ ENTERED            ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

          JAN 2 9 2013

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| PETER J. MUNOZ, JR., | ) | |
| Petitioner, | ) | 3:13-cv-00018-RCJ-WGC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES COX, *et al.,* | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

The matter has not been properly commenced because petitioner submitted incomplete financial paperwork. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner has failed to submit his inmate account statement. Without the complete printout showing daily account activity over the full six-month period, the Court is unable to assess whether the current balance on the financial certificate is representative of petitioner's ability to pay. The Court is unable to see, *inter alia,* the regularity and amount of any incoming funds as well as the

1   extent to which petitioner is making discretionary expenditures that instead could be applied to

2   payment of the filing fee.

3        Due to the multiple defects presented, the pauper application will be denied, and the present

4   action will be dismissed without prejudice to the filing of a new petition in a new action with a

5   pauper application with all required attachments.  It does not appear from the papers presented that a

6   dismissal without prejudice would result in a promptly-filed new petition being untimely.  In this

7   regard, petitioner at all times remains responsible for calculating the running of the federal limitation

8   period as applied to his case, properly commencing a timely-filed federal habeas action, and properly

9   exhausting his claims in the state courts.

10       **IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (ECF

11   No. 1) is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a

12   new petition in a new action with a properly completed *in forma pauperis* application with all new –

13   and complete – financial attachments.

14       **IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED**.  Reasonable

15   jurists would not find the dismissal of the improperly-commenced action without prejudice to be

16   debatable or wrong.

17       **IT FURTHER IS ORDERED** that the Clerk of Court shall send petitioner two copies of an

18   application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section

19   2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that

20   he submitted (ECF No. 1).

21       **IT FURTHER IS ORDERED** that the Clerk shall enter final judgment accordingly.

22       Dated this 28th day of January, 2013.

23

24

25                   UNITED STATES DISTRICT JUDGE

26                           2