UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER J. MUNOZ, JR., | ) | |
| Petitioner, | ) | 3:13-cv-00018-RCJ-WGC |
| vs. | ) | **ORDER** |
| JAMES COX, *et al.*, | ) | |
| Respondents. | ) | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed January 29, 2013, this action was dismissed without prejudice. (ECF No. 3). Judgment was entered that same date. (ECF No. 4). Petitioner has since filed a motion for service of petition. (ECF No. 6). Petitioner's motion is denied as moot.

**IT THEREFORE IS ORDERED** that petitioner's motion for service of the petition (ECF No. 6) is **DENIED AS MOOT.**

**IT FURTHER IS ORDERED** that petitioner shall file no further documents in this closed action.

Dated this 30th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE